UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| Haider, A <br><br> **Plaintiff** <br> v. <br><br> PAUL NOVAK, et al <br><br><br> **Defendants.** | ) <br> ) <br> ) **COMPLAINT FOR MANDAMUS** <br> ) **UNDER 28 U.S.C. §1361** <br> ) <br> ) **NO. A 076 417 110** <br> ) 1:07-cv-732  JJF <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL

Abu M.R. Haider, hereby agrees to dismiss without prejudice the Complaint filed in the above referenced matter. It is hereby agreed that this matter be voluntarily dismissed at this time with each side to bear its own fees and costs.

/s/Kevin H. Grubb
Kevin H. Grubb, Esq.
Attorney I.D. No. 4409
4 East 8th Street, Suite 302
Wilmington, DE 19801
Attorney for Plaintiff

COLM F. CONNOLLY
United States Attorney

Seth M. Beausang (I.D. No. 4071)
By: /s/ Seth M. Beausang
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE  19801

2008 JAN 15 PM 3:47
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| Haider, A. ) | |
| ) | |
| Plaintiff ) | |
| v. ) | COMPLAINT FOR MANDAMUS |
| ) | UNDER 28 U.S.C. §1361 |
| PAUL NOVAK, et al ) | |
| ) | NO. A 076 417 110 |
| ) | 1:07-cv-732 |
| Defendants. ) | |

## ORDER OF DISMISSAL

On this day came to be considered the Notice of Voluntary Dismissal filed by Plaintiff in the above-styled and numbered case. This Court accepts the Notice o Voluntary Dismissal and finds that the case should be dismissed without prejudice. The Court further finds that the parties shall be responsible for their own costs and attorneys' fees incurred herein.

It is therefore ORDERED that this case is hereby DISMISSED WITHOUT PREJUDICE. It is further ORDERED that each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

SIGNED AND ENTERED this _____ day of _____, 2008.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| **Haider, A** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | **COMPLAINT FOR MANDAMUS** |
| | ) | **UNDER 28 U.S.C. §1361** |
| **PAUL NOVAK, et al** | ) | |
| | ) | NO. A 076 417 110 |
| | ) | 1:07-cv-732 |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2007, I caused to be served the Stipulation for Voluntary Dismissal to the person at the address set forth below, via U.S. mail. This document has also been filed and served electronically and is available for viewing and downloading from the ECF system.

                              Mr. Seth M. Beausang
                              Assistant U.S. Attorney
                              The Nemours Building
                     1007 Orange Street, Suite 700
                              Wilmington, De 19801

/s/ *Kevin H. Grubb*
Kevin H. Grubb, Esq
Attorney I.D. No. 4409
4 East 8th Street, Suite 302
Wilmington, DE 19801